IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
CASE NO.:

JAMES BURGAUER,

    Plaintiff,

vs.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

JAMES BURGAUER,

    Plaintiff,                               CASE NO.: 12-CA-001241

vs.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

TO THE CLERK OF THE COURT:

    Kindly file the attached Petition for Removal of Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC., to the United States District Court for the Middle District of Florida, in the above-captioned matter.

Pursuant to 28 U.S.C. 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555
**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609
Phone: (813) 251-5500
Fax: (813) 251-3675
dale.golden@goldenscaz.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile and U.S. Mail to William Peerce Howard, Esq., Morgan & Morgan, P.A., One Tampa City Center, 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 on this 15th day of May 2012.

Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555