IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JAMES BURGAUER,

    Plaintiff,

                                  CASE NO.:  2:12-CV-00270-JES-DNF

-vs-

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiff, James Burgauer, by and through his undersigned attorney, pursuant to Fed.R.Civ.P. 41(a)(2) and hereby files his Motion for Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1.    In this motion, the Plaintiff seeks to voluntarily dismiss this action without prejudice.

2.    Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3.    Here, the Defendant has not served an answer or a motion for summary judgment, and therefore the Plaintiff seeks to dismiss the action without prejudice.

**WHEREFORE**, the Plaintiff requests this Honorable Court grant Plaintiff's Motion for Voluntary Dismissal Without Prejudice and such other and further relief as this Court deems just and proper.

Dated: June 14, 2012

/s/ William Peerce Howard
William Peerce Howard, Esquire
Florida Bar #: 0103330
Morgan & Morgan, P.A.
One Tampa City Center
201. N. Franklin Street
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
WHoward@ForThePeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, William Peerce Howard, hereby certify that on June 14, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

Dale T. Golden, Esquire
Golden & Scaz, PLLC
FBN: 0094080
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dale.golden@goldenscaz.com
*Attorneys for Defendant*

Charles James McHale, Jr., Esquire
Golden & Scaz, PLLC
FBN 0026555
201 N Armenia Ave
Tampa, FL 33609
Phone: 813/251-5500
Fax: 813/251-3675 (fax)
Email: charles.mchale@goldenscaz.com
*Attorneys for Defendant*

/s/William Peerce Howard
William Peerce Howard, Esquire