```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

JAMES BURGAUER,

          Plaintiff,

vs.                                  Case No.   2:12-cv-270-FtM-29DNF

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

          Defendant.
_____

## ORDER

This cause is before the Court on plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. #10) filed on June 14, 2012. No answer or motion for summary judgment has been filed be defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of June, 2012.

                                                JOHN E. STEELE
                                                United States District Judge

Copies to: Parties of record